MASOUD YOUSEFLALEH et al., Appellants, v FRANK DEME-DINA et al., Respondents. [836 NYS2d 430]—In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Kings County (Bunyan, J.), dated September 20, 2006, which denied their motion for summary judgment on the issue of liability.

Ordered that the order is affirmed, with costs.

The Supreme Court properly determined that there are tri-

able issues of fact requiring the denial of summary judgment (*see* CPLR 3212). Rivera, J.P., Spolzino, Florio and Angiolillo, JJ., concur.